UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUANITA BROWN, FRANCES DORSEY,
THERESA DORSEY, VICTORIA DORSEY,
VICTORIA DORSEY, RUBY HAWKINS,
TAWANYA McMATH, SHEENA PUGH,
JANELISSE RAMIREZ, TRENA LENON,
JESSICA RIVERA, MARGARET EXPERIENCE,
Plaintiffs,

-vs-

Case No. 6:06-cv-1329-Orl-18UAM

U.S. DEPARTMENT OF AGRICULTURE,
MIKE JOHANNS,
HAWTHORNE VILLAGE CORPORATION OF APOPKA, INC.,
Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Review of the Clerk's Taxation of Costs Against Plaintiffs (Doc. 63). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff's Motion for Review Costs (Doc. 63) is **GRANTED**. The Court reduces the defendant United States Department of Agriculture's recoverable costs to $428.05. The Clerk of the Court is directed to enter an Amended Bill of Costs against Plaintiffs in the amount of $428.05.

It is **SO ORDERED** in Orlando, Florida, this 23 day of January, 2008.

G. KENDALL SHARP
Senior United States District Judge

Copies to:  Counsel of Record
United States Magistrate Judge